Lake Forest Bankruptcy II, APC
Anerio V. Altman, Esq. #228445
avaesq@lakeforestbkoffice.com
Jay Chien, Esq. #251343
attorneyjkc@gmail.com
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax: (949) 218-2002
Proposed Attorneys for Debtor and Debtor-In Possession,
COORDINATED CLIENT CARE SOLUTIONS, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>COORDINATED CLIENT CARE SOLUTIONS, INC.<br><br>Debtor and<br>Debtor-in-Possession. | Case No: 8:26-bk-13182-SC<br><br>Chapter 11<br>Subchapter V<br><br>**DECLARATION OF SERVICE CONCERNING THE SERVICE OF THE NOTICE OF HEARING AND NOTICE OF ERRATA OF HEARING ON DEBTOR'S-IN-POSSESSION EMERGENCY MOTION FOR ORDER APPROVING BUDGET AND AUTHORIZING USE OF CASH COLLATERAL**<br><br>**JUDGE**<br>HON. SCOTT CLARKSON<br><br>**HEARING DATE:**<br>Date: October 20, 2026<br>TIME: 9:30 A.M.<br>PLACE: 411 West Fourth Street #5C, Santa Ana, CA 92701 |

///

///

///

**I, ANERIO V. ALTMAN, ESQ., declare as follows:**

1. I am over the age of 18 years old and I am legally able and competent to testify to the following in a court of law if required to do so.
2. I am the Supervising Bankruptcy Attorney of Lake Forest Bankruptcy II, APC.
3. On October 15, 2026, in the afternoon, I, or my staff, contacted all secured creditors, the United States Trustee and the Subchapter V Trustee, by telephone and provided notice of the hearing to be held concerning Debtor-In-Possession Coordinated Client Care Solutions, Inc.'s Motion for Authority to Utilize Cash Collateral. This notice was provided before 5 :00 P.M. Pacific Standard Time.
4. On October 15, 2026, in the afternoon, I caused the documents filed as Docket Numbers 12 15 and 17, the Notice of the Hearing, the Notice of Errata regarding the Notice of the Hearing, and the Motion for Authority to Utilize Cash Collateral, to be served on all parties listed on the proof of service for Docket Number 15 filed with the court by overnight delivery.
5. Certain creditors contacted us on October 16, 2026 and requested further information regarding the hearing and request by email which we provided to them.
6. I make this declaration under penalty of perjury of the laws of the United States and know that they are true.

Dated : October 15, 2026

Signed:<u>/S/ ANERIO V. ALTMAN, ESQ.</u>
ANERIO V. ALTMAN, ESQ
ATTORNEY FOR
DEBTOR-IN-POSSESSION
COORDINATED CLIENT CARE
SOLUTIONS, INC.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled (*specify*):

Declaration of Service

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/16/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman aaltman@ecf.courtdrive.com, avaesq@ecf.courtdrive.com
Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) ________________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **10/16/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **10/16/2026** | **Anerio Ventura Altman, Esq.** | **/s/ Anerio Ventura Altman, Esq.** |
| *Date* | *Printed Name* | *Signature* |